| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>LUIS ALBERTO DURAN-PEREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-00167 OWW |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION AND ORDER TO ADVANCE STATUS CONFERENCE |
| v. | ) ) | DATE:   July 5, 2011 |
| LUIS ALBERTO DURAN-PEREZ, | ) ) | TIME:   9:00 A.M.<br>JUDGE: Hon. Oliver W. Wanger |
| *Defendant.* | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 18, 2011, **may be advanced to July 5, 2011 at 9:00 a.m.**

This advancement of the court date is at the request of the defense as Mr. Duran-Perez wishes to accept the government's fast-track offer and he wants to enter his plea and be sentenced as soon as possible.  July 5 is the earliest date that would comport with defense counsel's schedule.  The government is in agreement with the advancement of the status conference date.

///

///

///

///

///

|   |   |   |   |
|---|---|---|---|
|   |   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 10, 2011 |   | By: | /s/ *Ian Garriques*<br>IAN GARRIQUES<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 10, 2011 |   | By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>LUIS ALBERTO DURAN-PEREZ |

**O R D E R**

IT IS SO ORDERED.

**Dated:   June 14, 2011**                    /s/ **Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE